# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

SAMUEL DOMINGO,

    Plaintiff

v.

LOWE'S HOME CENTERS, LLC,

    Defendant

Case No.: 2:21-cv-00376-APG-VCF

**Order Deeming Order to Show Cause Satisfied**

    In light of defendant Lowe's Home Centers, LLC's response to the order to show cause (ECF No. 9),

    I ORDER that the order to show cause (ECF No. 6) is satisfied and I will not remand this action for lack of subject matter jurisdiction.

    DATED this 12th day of March, 2021.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE