**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| SAMUEL DOMINGO, an Individual;<br><br>Plaintiff,<br><br>vs.<br><br>LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company; DOES 1 through 25, inclusive; and ROE CORPORATIONS 1 through 25, inclusive;<br><br>Defendants. | Case No.: 2:21-cv-00376-APG-VCF<br><br>**ORDER GRANTING STIPULATION TO EXTEND DEADLINE TO FILE STIPULATION OF DISMISSAL AND PROPOSED ORDER** |

IT IS HEREBY STIPULATED by and between Plaintiff, SAMUEL DOMINGO and Defendant, LOWE'S HOME CENTERS, LLC, through their respective attorneys of record, hereby submit this Stipulation and Order to Extend Deadline to File Stipulation for Dismissal & Proposed Order of the above-captioned matter in its entirety.

…

…

…

*1*

Following the Early Neutral Evaluation, this matter has been resolved between the parties. However, settlement documents have not been completed yet. Parties were given until July 1, 2021 to file the Stipulation for Dismissal & Proposed Order. Because Defendant LOWE'S HOME CENTERS, LLC requires at least 30 days for a settlement check to be issued, neither the settlement agreement nor the stipulation and order for dismissal has been executed or filed. The parties stipulate to extend the deadline for four weeks in order to finalize and execute all settlement documents.

**IT IS HEREBY STIPULATED, AGREED AND ORDERED** that the parties have agreed that the deadline to file the Stipulation for Dismissal & Proposed Order be extended from July 1, 2021 to August 2, 2021.

Dated: __1st__ of July, 2021

Respectfully submitted,

_____
PATRICK W. KANG, ESQ.
KYLE R. TATUM, ESQ.
TIFFANY S. YANG, ESQ.
KANG & ASSOCIATES, PLLC
*Attorneys for Plaintiff*
*SAMUEL DOMINGO*

Dated: __1st__ of July, 2021

Respectfully submitted,

*/s/ Paul Swenson Prior, Esq.*
PAUL SWENSON PRIOR, ESQ.
SNELL & WILMER, LLP.
*Attorneys for Defendant*
*LOWE'S HOME CENTERS, LLC*

IT IS SO ORDERED.

Dated: July 6, 2021

_____
NANCY J. KOPPE
U.S. MAGISTRATE JUDGE