Paul Swenson Prior, Esq.
Nevada Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile:  (702) 784-5252
Email: sprior@swlaw.com

*Attorneys for Defendant Lowe's Home Centers, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL DOMINGO, an individual,<br><br>Plaintiff,<br><br>v.<br><br>LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company; DOES 1 through 25, inclusive; ROE CORPORATIONS 1 through 25, inclusive,<br><br>Defendants. | Case No. 2:21-cv-00376-APG-VCF<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE STIPULATION AND ORDER FOR DISMISSAL**<br><br>**(Second Request)** |

It is hereby stipulated by and between Plaintiff Samuel Domingo and Defendant Lowe's Home Centers, LLC ("Lowes") (collectively, the "Parties"), by and through their respective counsel, for good cause shown, hereby stipulate and agree to extend the deadline to file a proposed stipulation and order for dismissal from August 2, 2021, to September 1, 2021 for the following reasons:

1. The Parties need additional time to allow for the settlement check to be issued as there were some unforeseen delays in communications and obtaining signatures on the Settlement Agreement.

2. This extension request is sought in good faith and is not made for the purpose of delay.

THEREFORE, the Parties respectfully request an extension to file a proposed stipulation and order for dismissal from August 2, 2021, to September 1, 2021.

**IT IS SO STIPULATED.**

Dated this 2nd day of August 2021.

SNELL & WILMER L.L.P.

*/s/ Paul Swenson Prior*
Paul Swenson Prior (NV Bar No. 9324)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Lowe's Home Centers, LLC*

Dated this 2nd day of August 2021.

KANG & ASSOCIATES, PLLC

*/s/ Tiffany S. Yang*
Patrick W. Kang (NV Bar No. 10381)
Kyle R. Tatum (NV Bar No. 13264)
Tiffany S. Yang (NV Bar No. 15353)
6480 W. Spring Mountain Rd., Suite 1
Las Vegas, NV 89146

*Attorneys for Plaintiff Samuel Domingo*

<u>**ORDER**</u>   **NO FURTHER EXTENSIONS WILL BE GRANTED.**

**IT IS SO ORDERED.**

_____
United States Magistrate Judge
DATED: August 3, 2021

- 2 -