Paul Swenson Prior, Esq.
Nevada Bar No. 9324
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169
Telephone: (702) 784-5200
Facsimile: (702) 784-5252
Email: sprior@swlaw.com

*Attorneys for Defendant Lowe's Home Centers, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SAMUEL DOMINGO, an individual, | Case No. 2:21-cv-00376-APG-VCF |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| LOWE'S HOME CENTERS, LLC, a Foreign Limited Liability Company; DOES 1 through 25, inclusive; ROE CORPORATIONS 1 through 25, inclusive, | |
| Defendants. | |

///

///

///

It is hereby stipulated by and between Plaintiff Samuel Domingo and Defendant Lowe's Home Centers, LLC, by and through their respective counsel, that this action be dismissed with prejudice, with each party to bear their own fees and costs.

**IT IS SO STIPULATED.**

Dated this 27th day of August, 2021.

SNELL & WILMER L.L.P.

*/s/ Paul Swenson Prior*
Paul Swenson Prior (NV Bar No. 9324)
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169

*Attorneys for Defendant Lowe's Home Centers, LLC*

Dated this 27th day of August, 2021.

KANG & ASSOCIATES, PLLC

*/s/ Kyle R. Tatum*
Patrick W. Kang (NV Bar No. 10381)
Kyle R. Tatum (NV Bar No. 13264)
Tiffany S. Yang (NV Bar No. 15353)
6480 W. Spring Mountain Rd., Suite 1
Las Vegas, NV 89146

*Attorneys for Plaintiff Samuel Domingo*

**ORDER**

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: _____August 27, 2021_____

2:21-cv-00376-APG-VCF